# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WILLIAM D. HAMBY, | ) |
| Petitioner, | ) |
| v. | ) No. 3:20-CV-300-DCLC-HBG |
| MICHAEL PARRIS, | ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Petitioner's motion for leave to proceed *in forma pauperis* [Doc. 1] is **DENIED** and this action is **DISMISSED**. A certificate of appealability will not issue. As the Court certified that any appeal in this matter would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTER AS JUDGMENT:

s/John Medearis
Clerk of Court